UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES,** | Criminal Case No. 10-430-KI |
| Plaintiff, | ORDER EXTENDING SURRENDER DATE |
| v. | |
| **JONATHAN D. KENDIG,** | |
| Defendant. | |

KING, Judge:

The defendant's oral request to extend his voluntary surrender date is GRANTED. Defendant shall surrender for service of his sentence before 2:00 PM on _Monday, March 5, 2012_, at the institution

Page 1 - OPINION AND ORDER

designated by the Bureau of Prisons. All other aspects of the original judgment remain in full force and effect.

IT IS SO ORDERED.

DATED this 22nd day of December, 2011.

/s/ Garr M. King
Garr M. King
United States District Judge