IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Case No. 3:10-CR-00430-KI |
| | ) | |
| vs. | ) | |
| | ) | ORDER EXTENDING SURRENDER |
| **JONATHAN D. KENDIG**, | ) | DATE |
| | ) | |
| Defendant. | ) | |

S. Amanda Marshall
United States Attorney
District of Oregon
Scott Erik Asphaug
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204

    Attorneys for Plaintiff

Page 1 - ORDER EXTENDING SURRENDER DATE

Robert C. Weaver, Jr.
Garvey Schubert Barer
121 SW Morrison Street, 11th Floor
Portland, Oregon  97204-3141

    Attorney for Defendant


KING, Judge:

The defendant's letter request to extend his voluntary surrender date is GRANTED. Defendant shall surrender for service of his sentence before **2:00 p.m.** on **June 18, 2012**, at the institution designated by the Bureau of Prisons. All other aspects of the original judgment remain in full force and effect.

    IT IS SO ORDERED.

    Dated this   14th   day of February, 2012.

    /s/ Garr M. King
    Garr M. King
    United States District Judge